IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NATUROMULCH, LLC, | § | CASE NO. 25-40909 |
| | § | |
| DEBTOR. | § | Chapter 11 |

**U.S. BANK, NATIONAL ASSOCIATION d/b/a U.S. BANK EQUIPMENT FIANCIEQUIPMENT FINANCE, A DIVISION OF U.S. BANK EQUIPMENT FINANCE'S WITNESS AND EXHIBIT LIST**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COMES U.S. Bank, National Association d/b/a U.S. Bank Equipment Finance (hereinafter "U.S. Bank"), and files its Witness and Exhibit List in connection with the confirmation hearing set for August 5, 2025 at 9:30 a.m.

## WITNESSES

U.S. Bank reserves the right to call the below referenced witnesses for testimony at the hearing set for the above-referenced proceeding including the following:

**Jessica N. Alt**
Padfield & Stout, LLP
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
Telephone: 817-338-1616
Facsimile: 817-338-1610

*Attorney for U.S. Bank Equipment Finance, a division of U.S. Bank National Association*

**Jessica Buehler**
c/o Jessica N. Alt
Padfield & Stout, LLP
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
Telephone: 817-338-1616
Facsimile: 817-338-1610

*Loss Mitigation Specialist for U.S. Bank Equipment Finance, a division of U.S. Bank National Association*

**Designated Corporate Representative for Naturomulch, LLC**
c/o Daniel C Durand, III
Durand & Associates, P.C.
522 Edmonds, Ste. 101
Lewisville, Texas 75067
Telephone: (972) 221-5655
Facsimile: (972) 221-9569

*Corporate Representative for Debtor*

**Daniel C Durand, III**
Durand & Associates, P.C.
522 Edmonds, Ste. 101
Lewisville, Texas 75067
Telephone: (972) 221-5655
Facsimile: (972) 221-9569

*Attorney for Debtor*

Any persons identified by Debtor in its statements, or filings in the above-styled case.

U.S. Bank reserves the right to call any other witness designated or identified by any other party at the hearing for purpose of examination at the hearing and/or any rebuttal witness.

## U.S. BANK'S EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| US-A | Equipment Finance Agreement (ending in 330) | | | | |
| US-B | UCC Financing Statement for EFA ending in 330 | | | | |
| US-C | Equipment Finance Agreement (ending in 543) | | | | |
| US-D | UCC Financing Statement for EFA ending in 543 | | | | |
| US-E | U.S. Bank's Proof of Claim # 11 | | | | |

    U.S. Bank reserves the right to amend its Exhibit List and/or supplement the same. U.S. Bank further reserves the right to introduce any document designated by any other party in-interest, as well as any rebuttal documents.

**Respectfully submitted,**

PADFIELD & STOUT, L.L.P.
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
(817) 338-1616 Telephone
(817) 338-1610 Facsimile

/s/ *Jessica N. Alt*
Mark W. Stout
State Bar I.D. #24008096
mstout@padfieldstout.com
John T. Easter
State Bar I.D. #24106666
jeaster@padfieldstout.com
Jessica N. Alt
State Bar I.D. #24127981
jalt@padfieldstout.com

*Attorneys for U.S. Bank*

## CERTIFICATE OF SERVICE

The undersigned converted the foregoing document into an electronic image, via portable document format (.pdf), electronically submitted same to the Internet web portal for the Clerk of this Court utilizing the Electronic Management and Electronic Case Filing system of the Court, which has caused service, via Simple Mail Transfer Protocol (e-mail), of a Notice of Electronic Filing of this imaged document to the below-identified parties on Friday, August 1, 2025; said e-mail provides an attributable hyperlink to the document, in portable document format, except for Debtor(s), and any other entity so identified below or on the EM/ECF filing sheet, whereas in that instance such document was mailed via First Class United States Mail, to-wit:

| **Naturomulch, LLC**<br>PO Box 1902<br>Coppell, Texas 75019<br><br>*Debtor* | **Daniel C. Durand, III**<br>Durand & Associates, P.C.<br>522 Edmonds, Ste. 101<br>Lewisville, Texas 75067<br><br>*Attorney for Debtor* |
|---|---|
| **Scott Seidel**<br>Sub V Chapter Trustee<br>6505 West Park Boulevard, Ste. 306<br>Plano, Texas 75093<br><br>*SBRA V Trustee* | **U.S. Trustee**<br>Office of the U.S. Trustee<br>110 N. College Ave., Suite 300<br>Tyler, Texas 75702 |
| **John M. Vardeman**<br>Office of the U.S. Trustee<br>110 N. College Ave., Suite 300<br>Tyler, Texas 75702 | **All those receiving ECF notification in this case and on the attached list of the 20 largest unsecured creditors.** |

                                           /s/ *Jessica N. Alt*
                                           Jessica N. Alt

| | | |
|---|---|---|
| American Express<br>PO Box 6031<br>Carol Stream, IL 60197-6031 | Bank of America<br>PO Box 15796<br>Wilmington, DE 19886-5796 | Brdecka Holdings, LLC<br>116 NE 6th Street<br>Grand Prairie, TX 75050 |
| Kubota Credit Corporation<br>PO Box 894717<br>Los Angeles, CA 90189-4717 | Kubota Credit Corporation<br>PO Box 894717<br>Los Angeles, CA 90189-4717 | U.S. Bank Equipment Finance<br>60 Livingston Avenue<br>St. Paul, MN 55107 |
| U.S. Bank Equipment Finance<br>60 Livingston Avenue<br>St. Paul, MN 55107 | U.S. Small Business Administration<br>c/o El Paso Loan Servicing Office<br>10737 Gateway West # 300<br>El Paso, Texas 79998 | Western Equipment Finance<br>503 Hwy 2 W<br>PO Box 640<br>Devils Lake, ND 58301 |

Twenty Largest Unsecured Creditors
Case No. 25-40909