Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 25−40909
Chapter: 11
Judge: Brenda T. Rhoades

In Re:

Naturomulch, LLC

## NOTICE OF COURT PROCEEDING

A hearing will be held on

*Tuesday, August 5, 2025*

at

*09:30 AM*

to consider and act upon document 44 − Motion to Continue Hearing Filed by Naturomulch, LLC (Attachments: # 1 Proposed Order) (Durand, Daniel). Related document(s) 27 Chapter 11 Small Business SubChapter V Plan filed by Debtor Naturomulch, LLC. Modified on 8/4/2025 (lc). filed as document number 44 .
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Monday, August 4, 2025

Jason K. McDonald
Clerk, U.S. Bankruptcy Court