**Fill in this information to identify the case:**

Debtor Name  NATUROMULCH, LLC

United States Bankruptcy Court for the:  _EASTERN___ District of ___SHERMAN____

Case number:  25-40909

☐ Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:  DECEMBER 2025

Date report filed:  01/03/2026
MM / DD / YYYY

Line of business:  MULCHING

NAISC code:  561730

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  OMPRAKASH GOYAL

Original signature of responsible party  OMPRAKASH GOYAL

Printed name of responsible party  OMPRAKASH GOYAL

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| **If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A._** | | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B._** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  NATUROMULCH, LLC                                          Case number  25-40909

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $  6,645.21

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $  39,858.49

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $  35,964.79

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $  3,893.70

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $  10,538.91

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $  0.00

Debtor Name  NATUROMULCH, LLC

Case number  25-40909

---

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

$ 26,941.81

*(Exhibit F)*

---

## 5. Employees

26. What was the number of employees when the case was filed?  _____ 6

27. What is the number of employees as of the date of this monthly report?  _____ 6

---

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ 2,000.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____

30. How much have you paid this month in other professional fees?  $ _____

31. How much have you paid in total other professional fees since filing the case?  $ _____

---

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
| --- | --- | --- | --- | --- | --- |
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 46,503.70 | − | $ 39,858.49 | = | $ 6,645.21 |
| 33. **Cash disbursements** | $ 39,858.49 | − | $ 35,964.79 | = | $ 3,893.70 |
| 34. **Net cash flow** | $ 6,645.21 | − | $ 3,893.70 | = | $ 10,538.91 |

35. Total projected cash receipts for the next month:  $ _____

36. Total projected cash disbursements for the next month:  − $ _____

37. Total projected net cash flow for the next month:  = $ _____

---

Debtor Name __NATUROMULCH, LLC__                                    Case number __25-40909__

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

## Exhibit – C – Total Cash Receipts

| Statement period activity summary | | Account number: **2107985054  (primary account)** |
|---|---|---|
| Beginning balance on 12/1 | $6,645.21 | **NATUROMULCH, LLC** |
| Deposits/CreditsTotal Cash Receipts | 39,858.49 | **DEBTOR IN POSSESSION** |
| Withdrawals/Debits | - 35,964.79 | **CH11 CASE #25-40909 (ETX)** |
| **Ending balance on 12/31** | **$10,538.91** | *Texas/Arkansas account terms and conditions apply* |

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

## Exhibit – D – Total Cash Disbursements

| Statement period activity summary | | Account number: **2107985054  (primary account)** |
|---|---|---|
| Beginning balance on 12/1 | $6,645.21 | **NATUROMULCH, LLC** |
| Deposits/Credits | 39,858.49 | **DEBTOR IN POSSESSION** |
| Withdrawals/Debits  Total Cash Disbursements | - 35,964.79 | **CH11 CASE #25-40909 (ETX)** |
| **Ending balance on 12/31** | **$10,538.91** | *Texas/Arkansas account terms and conditions apply* |

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

**Exhibit – E – Total Payables**

**There is no payables this month**

## Total payables December 2025

| Date | Type | Payee | Due date | Balance |
|------|------|-------|----------|---------|
| 12/29/2025 | Bill | ADT SECURITY SERVICES | 01/25/2026 | $45.00 |
| 12/29/2025 | Bill | Reliant Energy | 01/25/2026 | $7.59 |
| 12/29/2025 | Bill | Reliant Energy | 01/25/2026 | $50.00 |
| 12/29/2025 | Bill | AFX/IBEX Financial Services LLC | 01/25/2026 | $697.30 |
| 12/29/2025 | Bill | Premco Financial | 01/25/2026 | $965.72 |
| 12/29/2025 | Bill | Progressive County Mutual Ins Co | 01/25/2026 | $4,723.78 |
| 12/22/2025 | Bill | GWG Wood Group, Inc | 01/21/2026 | $1,760.00 |
| 12/21/2025 | Bill | Rockett Special Utility Districts | 01/18/2026 | $100.00 |
| 12/21/2025 | Bill | Atmos Energy | 01/25/2026 | $150.00 |
| 12/21/2025 | Bill | Atmos Energy | 01/18/2026 | $200.00 |
| 12/17/2025 | Bill | TUCKER FUEL & OIL CO | 01/04/2026 | $1,966.43 |
| 12/15/2025 | Bill | Spectrum Business | 01/18/2026 | $145.56 |
| 12/15/2025 | Bill | Frontier Communication | 01/18/2026 | $40.57 |
| 12/15/2025 | Bill | City of Highland Village | 01/18/2026 | $151.25 |
| 12/15/2025 | Bill | Atmos Energy | 01/11/2026 | $100.00 |
| 12/15/2025 | Bill | AmeriCredit Financial Services Inc. DBA GM Financial | 01/11/2026 | $983.77 |
| 12/08/2025 | Bill | GWG Wood Group, Inc | 01/07/2026 | $400.00 |
| 12/08/2025 | Bill | Reliant Energy | 01/04/2026 | $150.00 |
| 12/08/2025 | Bill | Reliant Energy | 01/11/2026 | $50.00 |
| 12/08/2025 | Bill | ADT SECURITY SERVICES | 01/04/2026 | $61.24 |

**Exhibit – F – Total Receivables**

# A/R Summary
## Naturomulch, LLC
### As of December 31, 2025

| Customer | Outstanding Balance |
|---|---|
| City of Fort Worth Parks and Recreation | 9,750.00 |
| CITY OF GATEVILLE | 4,000.00 |
| JUNE SHELTON SCHOOL | 4,140.56 |
| Kids R Kids Learning Academy of West McKinney | |
|   Kids R KIds Learning Academy Richardson | 2,781.25 |
| **Total for Kids R Kids Learning Academy of West McKinney** | |
| Steve Moore | 2,520.00 |
| T.F. Harper & Associates LP | 3,750.00 |
| **TOTAL RECEIVABLES** | **26,941.81** |

Naturomulch, LLC

**Wells Fargo, Period Ending 12/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 01/03/2026

Reconciled by: Omprakash Goyal

Any changes made to transactions after this date aren't included in this report.

**Summary** USD

| | |
|---|---:|
| Statement beginning balance | 6,645.21 |
| Checks and payments cleared (134) | -35,964.79 |
| Deposits and other credits cleared (10) | 39,858.49 |
| Statement ending balance | 10,538.91 |
| | |
| Uncleared transactions as of 12/31/2025 | -9,881.58 |
| Register balance as of 12/31/2025 | 657.33 |
| Cleared transactions after 12/31/2025 | 0.00 |
| Uncleared transactions after 12/31/2025 | -548.83 |
| Register balance as of 01/03/2026 | 108.50 |

**Details**

Checks and payments cleared (134)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 12/01/2025 | Expense | | Brdecka Holdings LLC | -709.77 |
| 12/01/2025 | Expense | | USPS | -1.25 |
| 12/02/2025 | Expense | | | -47.29 |
| 12/02/2025 | Expense | | | -356.86 |
| 12/02/2025 | Expense | | | -20.00 |
| 12/02/2025 | Expense | | | -7.59 |
| 12/02/2025 | Expense | | | -965.72 |
| 12/03/2025 | Expense | | ADT Security | -45.00 |
| 12/04/2025 | Expense | | NTTA | -200.00 |
| 12/05/2025 | Expense | | | -32.71 |
| 12/05/2025 | Check | 10298 | Tyler M. Ogburn | -415.50 |
| 12/05/2025 | Check | 10297 | Alex Jerome Patterson | -125.00 |
| 12/05/2025 | Check | 10296 | Parks Revio Tyrone | -125.00 |
| 12/05/2025 | Check | 10301 | Monica Walker | -205.00 |
| 12/05/2025 | Expense | | | -108.24 |
| 12/05/2025 | Expense | | | -57.42 |
| 12/05/2025 | Expense | | | -108.24 |
| 12/08/2025 | Expense | | | -20.00 |
| 12/08/2025 | Expense | | | -55.99 |
| 12/08/2025 | Expense | | Amazon | -135.11 |
| 12/08/2025 | Expense | | | -75.76 |
| 12/08/2025 | Expense | | Home Depot | -26.43 |
| 12/08/2025 | Expense | | | -123.00 |
| 12/08/2025 | Check | 10305 | Leonard Issac Harding | -195.00 |
| 12/08/2025 | Check | 10300 | Alex Jerome Patterson | -270.00 |
| 12/08/2025 | Check | 10306 | Darrell Jackson | -195.00 |
| 12/08/2025 | Check | 10308 | Parks Revio Tyrone | -75.00 |
| 12/08/2025 | Check | 10303 | Cleo Willie Smith | -435.00 |
| 12/08/2025 | Check | 10299 | Parks Revio Tyrone | -142.50 |
| 12/08/2025 | Check | 10304 | Joshua McNeil | -214.50 |
| 12/09/2025 | Check | 10310 | Alex Jerome Patterson | -125.00 |
| 12/09/2025 | Expense | | Home Depot | -49.67 |
| 12/09/2025 | Expense | | Tractor Supply | -126.56 |
| 12/09/2025 | Check | 10307 | Tyler M. Ogburn | -75.00 |
| 12/09/2025 | Check | 10312 | Tyler M. Ogburn | -428.00 |
| 12/09/2025 | Check | 10311 | Parks Revio Tyrone | -125.00 |
| 12/09/2025 | Expense | | | -159.96 |
| 12/09/2025 | Expense | | | -43.03 |
| 12/09/2025 | Expense | | | -90.00 |
| 12/10/2025 | Expense | | | -98.66 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 12/10/2025 | Expense | | | -400.00 |
| 12/11/2025 | Expense | | Google | -2.12 |
| 12/11/2025 | Expense | | | -257.97 |
| 12/12/2025 | Check | 10318 | Darrell Jackson | -222.50 |
| 12/12/2025 | Expense | | | -70.87 |
| 12/12/2025 | Check | 10319 | Cleo Willie Smith | -647.50 |
| 12/12/2025 | Check | 10317 | Leonard Issac Harding | -237.50 |
| 12/12/2025 | Check | 10313 | Alex Jerome Patterson | -180.00 |
| 12/12/2025 | Check | 10309 | Tyler M. Ogburn | -247.00 |
| 12/12/2025 | Check | 10315 | Parks Revio Tyrone | -225.00 |
| 12/12/2025 | Check | 10314 | Monica Walker | -195.00 |
| 12/12/2025 | Check | 10316 | Joshua McNeil | -288.75 |
| 12/15/2025 | Expense | | | -46.74 |
| 12/15/2025 | Expense | | | -245.00 |
| 12/15/2025 | Check | 10320 | Alex Jerome Patterson | -125.00 |
| 12/15/2025 | Check | 10321 | Parks Revio Tyrone | -60.00 |
| 12/15/2025 | Expense | | Google | -2.12 |
| 12/16/2025 | Expense | | | -28.37 |
| 12/16/2025 | Expense | | Waste Management | -417.60 |
| 12/16/2025 | Expense | | | -983.77 |
| 12/16/2025 | Expense | | Tractor Supply | -155.71 |
| 12/16/2025 | Expense | | Walmart | -9.66 |
| 12/16/2025 | Expense | | Tucker Fuel & Oil Company | -1,089.05 |
| 12/16/2025 | Expense | | Spectrum | -145.56 |
| 12/16/2025 | Expense | | Home Depot | -19.18 |
| 12/16/2025 | Expense | | | -701.13 |
| 12/17/2025 | Expense | | | -40.57 |
| 12/17/2025 | Expense | | Sam's Club | -503.06 |
| 12/17/2025 | Expense | | Atmos Energy | -108.38 |
| 12/17/2025 | Expense | | | -147.47 |
| 12/17/2025 | Expense | | | -1.25 |
| 12/18/2025 | Expense | | | -1.50 |
| 12/18/2025 | Expense | | | -10.81 |
| 12/18/2025 | Expense | | | -300.00 |
| 12/19/2025 | Expense | | | -10.50 |
| 12/19/2025 | Check | 10341 | Tyler M. Ogburn | -761.25 |
| 12/22/2025 | Expense | | | -200.00 |
| 12/22/2025 | Check | 10326 | Tyler M. Ogburn | -150.00 |
| 12/22/2025 | Expense | | | -1,000.00 |
| 12/22/2025 | Expense | | | -79.95 |
| 12/22/2025 | Expense | | | -290.04 |
| 12/22/2025 | Check | 10340 | Monica Walker | -350.00 |
| 12/23/2025 | Check | 10338 | Leonard Issac Harding | -292.50 |
| 12/23/2025 | Check | 10343 | Parks Revio Tyrone | -150.00 |
| 12/23/2025 | Expense | | CVS | -40.04 |
| 12/23/2025 | Expense | | Atmos Energy | -190.44 |
| 12/23/2025 | Expense | | Tucker Fuel & Oil Company | -64.68 |
| 12/23/2025 | Expense | | | -46.76 |
| 12/23/2025 | Check | 10337 | Joshua McNeil | -321.25 |
| 12/23/2025 | Check | 10336 | Alex Jerome Patterson | -272.50 |
| 12/23/2025 | Check | 10331 | Darrell Jackson | -90.00 |
| 12/23/2025 | Check | 10323 | Parks Revio Tyrone | -125.00 |
| 12/23/2025 | Check | 10327 | Cleo Willie Smith | -270.00 |
| 12/23/2025 | Check | 10330 | Leonard Issac Harding | -87.50 |
| 12/23/2025 | Check | 10334 | Cleo Willie Smith | -641.25 |
| 12/23/2025 | Check | 10329 | Joshua McNeil | -96.25 |
| 12/23/2025 | Check | 10324 | Alex Jerome Patterson | -125.00 |
| 12/23/2025 | Check | 10339 | Darrell Jackson | -300.00 |
| 12/23/2025 | Check | 10335 | Cleo Willie Smith | -150.00 |
| 12/23/2025 | Check | 10328 | Alex Jerome Patterson | -97.50 |
| 12/24/2025 | Expense | | | -70.36 |
| 12/24/2025 | Expense | | | -106.24 |
| 12/24/2025 | Expense | | | -106.24 |
| 12/24/2025 | Check | 10332 | Monica Walker | -142.50 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/24/2025 | Check | 10333 | Tyler M. Ogburn | -170.00 |
| 12/26/2025 | Expense | | Wells Fargo Home Projects | -635.08 |
| 12/29/2025 | Expense | | Atmos Energy | -143.95 |
| 12/29/2025 | Expense | | Walmart | -29,21 |
| 12/29/2025 | Expense | | | -27.81 |
| 12/29/2025 | Expense | | NTTA | -200.00 |
| 12/30/2025 | Check | 10345 | Parks Revio Tyrone | -105.00 |
| 12/30/2025 | Check | 10346 | Tyler M. Ogburn | -325.00 |
| 12/30/2025 | Check | 10344 | Alex Jerome Patterson | -125.00 |
| 12/30/2025 | Expense | | | -39.44 |
| 12/30/2025 | Expense | | | -23.92 |
| 12/30/2025 | Expense | | | -7,59 |
| 12/30/2025 | Expense | | Tucker Fuel & Oil Company | -1,737.00 |
| 12/30/2025 | Expense | | Progressive | -4,723.78 |
| 12/30/2025 | Expense | | | -200.00 |
| 12/30/2025 | Expense | | | -153,07 |
| 12/30/2025 | Check | 10322 | | -2,000.00 |
| 12/30/2025 | Check | 10302 | Bobby Ray Harris | -855.00 |
| 12/31/2025 | Check | 10350 | Darrell Jackson | -150.00 |
| 12/31/2025 | Expense | | | -697,30 |
| 12/31/2025 | Expense | | | -78,27 |
| 12/31/2025 | Expense | | ADT Security | -45.00 |
| 12/31/2025 | Expense | | | -9.00 |
| 12/31/2025 | Expense | | | -965,72 |
| 12/31/2025 | Check | 10348 | Joshua McNeil | -165.00 |
| 12/31/2025 | Check | 10351 | Monica Walker | -180.00 |
| 12/31/2025 | Check | 10347 | Cleo Willie Smith | -285.00 |
| 12/31/2025 | Check | 10352 | Parks Revio Tyrone | -97,50 |
| 12/31/2025 | Check | 10349 | Leonard Issac Harding | -150.00 |
| 12/31/2025 | Check | 10353 | Alex Jerome Patterson | -82.50 |

**Total**                                                     **-35,964.79**

Deposits and other credits cleared (10)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/04/2025 | Deposit | | | 811.87 |
| 12/08/2025 | Deposit | | | 3,283.74 |
| 12/11/2025 | Deposit | | | 2,000,00 |
| 12/12/2025 | Deposit | | | 19,173.00 |
| 12/15/2025 | Deposit | | | 1,750.00 |
| 12/16/2025 | Deposit | | | 1,004.25 |
| 12/17/2025 | Deposit | | | 800,00 |
| 12/18/2025 | Deposit | | | 6,000.00 |
| 12/18/2025 | Deposit | | | 2,600.00 |
| 12/31/2025 | Deposit | | | 2,435.63 |

**Total**                                                     **39,858.49**

**Additional Information**

Uncleared checks and payments as of 12/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/01/2025 | Payroll Check | 712025 | Chetan O Goyal | -2,762,17 |
| 07/01/2025 | Payroll Check | 7012025 | Omprakash T Goyal | -2,178,62 |
| 07/31/2025 | Payroll Check | 731251 | Omprakash T Goyal | -2,178,62 |
| 07/31/2025 | Payroll Check | 73125 | Chetan O Goyal | -2,762,17 |

**Total**                                                     **-9,881.58**

Uncleared checks and payments after 12/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/02/2026 | Expense | | QuickBooks Payments | -20,00 |
| 01/02/2026 | Check | 10342 | Bobby Ray Harris | -1,000.00 |
| 01/02/2026 | Check | 10354 | Bobby Ray Harris | -200.00 |
| 01/02/2026 | Expense | | Norton | -140,71 |
| **Total** | | | | **-1,360.71** |

Uncleared deposits and other credits after 12/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/02/2026 | Deposit | | | 811,88 |
| **Total** | | | | **811.88** |

# Balance Sheet

## Naturomulch, LLC

### As of December 31, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Assets | |
|   Current Assets | |
|     Bank Accounts | |
|       Business Adv Relationship - 8760 - 1 | -14,761.87 |
|       Wells Fargo | 657.33 |
|       **Total for Bank Accounts** | **-$14,104.54** |
|     Other Current Assets | |
|       Inventory Asset | 51.89 |
|       Payroll Refunds | 281.25 |
|       QuickBooks Tax Holding Account | 93.00 |
|       **Total for Other Current Assets** | **$426.14** |
|     **Total for Current Assets** | **-$13,678.40** |
|   **Total for Assets** | **-$13,678.40** |
| Liabilities and Equity | |
|   Liabilities | |
|     Current Liabilities | |
|       Credit Cards | |
|       BankAmericard Rewards Visa Signature - 6311 - 6 | 15,667.55 |
|       BankAmericard Rewards Visa Signature - 8119 - 6 | 9,484.93 |
|       Capital One Miles (0808) - 4 | 19,259.74 |
|       Citi® Diamond Preferred® Card (7600) - 3 | 8,048.06 |
|       CORP Account - Business Adv Unlimited Cash Rewards - 9067 - 6 | 19,258.79 |
|       CORP Account - Credit Card (7982) - 1 | 79,760.41 |
|       CREDIT CARD (2393) - 7 | -2,336.76 |
|       CREDIT CARD (3462) - 2 | 5,454.60 |
|       CREDIT CARD (3990) - 2 | 18,706.87 |
|       CREDIT CARD (7436) - 2 | 18,485.78 |
|       Customized Cash Rewards Visa Signature - 5189 - 6 | 18,821.80 |
|       DISCOVER IT CARD (1531) - 5 | 16,930.66 |
|       PERSONAL LOAN (0681) - 5 | 12,198.26 |
|       **Total for Credit Cards** | **$239,740.69** |
|       Other Current Liabilities | |
|       Lines of credit | -6,072.17 |
|       Payroll Liabilities | -$272.88 |
|         Federal Taxes (941/943/944) | -467.33 |
|         Federal Unemployment (940) | -42.00 |
|         TX Unemployment Tax | -93.75 |
|       **Total for Payroll Liabilities** | **-$875.96** |
|       Sales tax to pay | -1,121.08 |
|       Short Term Liability | -3,000.00 |
|       Short-term loans from shareholders | 51,000.00 |

# Balance Sheet

## Naturomulch, LLC

### As of December 31, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| **Total for Other Current Liabilities** | **$39,930.79** |
| **Total for Current Liabilities** | **$279,671.48** |
| Long-term Liabilities | |
| Brdecka Holdings | 42,480.40 |
| Equipment Finance | -80,456.71 |
| GM Financial | 31,343.67 |
| Kubota Credit Corporation1 | 42,219.46 |
| Kubota Credit Corporation2 | 17,416.49 |
| Mortgages | -34,758.42 |
| Shellpoint Mortgage Servicing | 367,530.04 |
| Stearns Bank | 2,076.21 |
| Texas First Bank | 154,016.83 |
| U.S. Bank | 47,156.10 |
| U.S. Bank Equipment Finance | 402,756.75 |
| Western Equipment Finance1 | 10,682.18 |
| Western Equipment Finance2 | 13,549.25 |
| Western Equipment Finance3 | 37,508.90 |
| Western Equipment Finance4 | 8,979.60 |
| Western Equipment Finance5 | 41,748.63 |
| **Total for Long-term Liabilities** | **$1,104,249.38** |
| **Total for Liabilities** | **$1,383,920.86** |
| Equity | |
| Opening balance equity | -1,472,176.14 |
| Personal Expenses | -7,015.05 |
| Retained Earnings | 65,938.48 |
| Net Income | 15,653.45 |
| **Total for Equity** | **-$1,397,599.26** |
| **Total for Liabilities and Equity** | **-$13,678.40** |

# Profit and Loss

## Naturomulch, LLC

### January-December, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| **Income** | |
| Sales | 527,069.94 |
| Uncategorized Income | 58.00 |
| **Total for Income** | **$527,127.94** |
| **Cost of Goods Sold** | |
| Cost of goods sold | $1,410.80 |
| Cost of labor - COGS | 180.00 |
| Freight in - COGS | -73.89 |
| Supplies & materials - COGS | 64,708.78 |
| **Total for Cost of goods sold** | **$66,225.69** |
| **Total for Cost of Goods Sold** | **$66,225.69** |
| **Gross Profit** | **$460,902.25** |
| **Expenses** | |
| Business licenses | 5,129.51 |
| Contract labor | 150,624.74 |
| Delivery & Freight | 5,370.00 |
| Employee benefits | |
| Workers' compensation insurance | 1,134.41 |
| **Total for Employee benefits** | **$1,134.41** |
| General business expenses | $11,758.41 |
| Bank fees & service charges | 4,003.42 |
| Memberships & subscriptions | 1,935.00 |
| **Total for General business expenses** | **$17,696.83** |
| Insurance | $29,119.00 |
| Business insurance | 22,012.60 |
| **Total for Insurance** | **$51,131.60** |
| Interest paid | 1,435.26 |
| Legal & accounting services | $1,645.95 |
| Accounting fees | 1,700.00 |
| Legal Fees | 17,630.00 |
| **Total for Legal & accounting services** | **$20,975.95** |
| Meals | 2,126.99 |
| Office expenses | $2,512.31 |
| Merchant account fees | 5,552.83 |
| Office supplies | 7,447.22 |
| Printing & photocopying | 42.83 |
| Shipping & postage | 272.68 |
| Small tools & equipment | 907.16 |
| Software & apps | 2,740.12 |
| **Total for Office expenses** | **$19,475.15** |

# Profit and Loss

## Naturomulch, LLC

### January-December, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Payroll expenses | |
|   Salaries & wages | 1,773.25 |
|   Taxes | 4,218.75 |
|   Wages | 38,000.00 |
| **Total for Payroll expenses** | **$43,992.00** |
| Rent | |
|   Equipment rental | 4,094.63 |
| **Total for Rent** | **$4,094.63** |
| Repairs & maintenance | $14,899.18 |
|   Tire Purchase | 1,381.77 |
| **Total for Repairs & maintenance** | **$16,280.95** |
| Supplies | $689.92 |
|   Supplies & materials | 3,400.85 |
| **Total for Supplies** | **$4,090.77** |
| Taxes paid | |
|   Payroll taxes | 3,201.88 |
| **Total for Taxes paid** | **$3,201.88** |
| Uncategorized Expense | 500.00 |
| Utilities | $6,290.62 |
|   Disposal & waste fees | 4,001.09 |
|   Electricity | 2,663.16 |
|   Internet & TV services | 411.49 |
|   Phone service | 3,870.32 |
|   Water & sewer | 502.81 |
| **Total for Utilities** | **$17,739.49** |
| **Total for Expenses** | **$365,000.16** |
| **Net Operating Income** | **$95,902.09** |
| Other Income | |
|   Dividends received | 474.61 |
| **Total for Other Income** | **$474.61** |
| Other Expenses | |
|   Reconciliation Discrepancies | 16,410.08 |
|   Vehicle expenses | |
|   Citation | 310.50 |
|   Parking & tolls | 1,929.47 |
|   Vehicle gas & fuel | 37,082.14 |
|   Vehicle insurance | 6,575.07 |
|   Vehicle registration | 1,271.33 |
|   Vehicle repairs | 16,994.66 |

# Profit and Loss

## Naturomulch, LLC

January-December, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Vehicle wash & road services | 150.00 |
| **Total for Vehicle expenses** | **$64,313.17** |
| **Total for Other Expenses** | **$80,723.25** |
| **Net Other Income** | **-$80,248.64** |
| **Net Income** | **$15,653.45** |

# Initiate Business Checking℠
December 31, 2025 ■ Page 1 of 8



NATUROMULCH, LLC
DEBTOR IN POSSESSION
CH11 CASE #25-40909 (ETX)
943 HEATHERGLEN CT
HIGHLAND VILLAGE
HIGHLAND VILLAGE TX 75077-3145

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**   (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*   Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**3 Things to watch out for when shopping online for the holidays**

**1. Fake fraud alerts.** If you receive an unexpected call or message about a fraudulent purchase, don't engage. Contact the merchant, your bank, or card provider directly to verify.
**2. Bogus shipping notifications.** Be wary of texts or emails reporting an issue with your package delivery. Don't click links or open attachments without verifying first.
**Tip:** If you receive an unexpected package, don't scan the QR code as it could point to a fake website.
**3. AI-created scam websites.** Avoid advertised links from search results. Double check the URL for misspellings or extra characters before clicking "Buy".
**Tip:** Use a credit card to make online purchases if you can - it has additional protection.

**Donate safely and avoid charity scams**

Before donating, research new charities using a resource like Better Business Bureau® or give.org.



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $6,645.21 |
| Deposits/Credits | 39,858.49 |
| Withdrawals/Debits | - 35,964.79 |
| **Ending balance on 12/31** | **$10,538.91** |

Account number: 2107935054  (primary account)

**NATUROMULCH, LLC**
**DEBTOR IN POSSESSION**
**CH11 CASE #25-40909 (ETX)**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/1 | | Purchase authorized on 11/30 USPS Change of Add 800-238-3150 TN S465334626153288 Card 7512 | | 1.25 | |
| 12/1 | | Brdecka Holdings Nmulch 681692 Naturomulch, LLC | | 709.77 | 5,934.19 |
| 12/2 | | Purchase authorized on 12/01 City of Lewisville 972-219-3773 TX S305335537798632 Card 7512 | | 356.86 | |
| 12/2 | | Reliant Energy 0121D 000071196135 Naturomulch, LLC | | 7.59 | |
| 12/2 | < | Business to Business ACH Debit - Intuit 77151643 Acct Fee 251202 524771997200833 Naturomulch, LLC | | 20.00 | |
| 12/2 | | Reliant Energy 0121D 000071565953 Naturomulch, LLC | | 47.29 | |
| 12/2 | < | Business to Business ACH Debit - Premco Financial ACH 251202 156630 Naturomulch, LLC | | 965.72 | 4,536.73 |
| 12/3 | | Recurring Payment authorized on 12/02 ADT Security*29640 WWW.ADT.Com FL S465336358160299 Card 7512 | | 45.00 | 4,491.73 |
| 12/4 | | Mobile Deposit : Ref Number :707040830935 | 811.87 | | |
| 12/4 | | Purchase authorized on 12/03 Ntta Autocharge 972-818-6882 TX S465337760456951 Card 7512 | | 200.00 | 5,103.60 |
| 12/5 | | Recurring Payment authorized on 12/04 Name-Cheap.Com* IL WWW.Namecheap AZ S355338320964029 Card 7512 | | 57.42 | |
| 12/5 | | Recurring Payment authorized on 12/04 Ring Standard Plan Ring.Com CA S385339028992430 Card 7512 | | 108.24 | |
| 12/5 | | Recurring Payment authorized on 12/04 Ring Premium Plan Ring.Com CA S345339029064977 Card 7512 | | 108.24 | |
| 12/5 | | Purchase authorized on 12/05 O'Reilly 6116 Ferris TX P585339527895002 Card 7512 | | 32.71 | |
| 12/5 | 10301 | Cashed Check | | 205.00 | |
| 12/5 | 10298 | Cashed Check | | 415.50 | |
| 12/5 | 10296 | Check | | 125.00 | |
| 12/5 | 10297 | Check | | 125.00 | 3,926.49 |
| 12/8 | | Mobile Deposit : Ref Number :408060234963 | 3,283.74 | | |
| 12/8 | | Mobile Deposit Adjustment | | 20.00 | |
| 12/8 | | Purchase authorized on 12/04 Royal Automotive S Seagoville TX S465338593184304 Card 7512 | | 55.99 | |
| 12/8 | | Purchase authorized on 12/04 The Home Depot #05 Dallas TX S345338813966934 Card 7512 | | 26.43 | |
| 12/8 | | Purchase authorized on 12/05 NTE 5647 Lewisville TX S355339684685570 Card 7512 | | 75.76 | |
| 12/8 | | Purchase authorized on 12/06 Amazon Mktpl*Bi4Wz Amzn.Com/Bill WA S465340635002654 Card 7512 | | 135.11 | |
| 12/8 | 10299 | Check | | 142.50 | |
| 12/8 | 10305 | Check | | 195.00 | |
| 12/8 | 10306 | Check | | 195.00 | |
| 12/8 | 10304 | Check | | 214.50 | |
| 12/8 | 10300 | Check | | 270.00 | |
| 12/8 | 10303 | Check | | 435.00 | |

Case 25-40909   Doc 99   Filed 01/06/26   Entered 01/06/26 14:56:50   Desc Main
December 31, 2025 ■ Page 3 of 8   Document   Page 19 of 24

WELLS FARGO

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/8 | < | Business to Business ACH Debit - Coserv Utiltiies 251205 9001593708 Naturomulch, LLC | | 123.00 | |
| 12/8 | 10308 | Check | | 75.00 | 5,246.94 |
| 12/9 | | Purchase authorized on 12/08 Reliant Energy 866-222-7100 TX S465342548670132 Card 7512 | | 159.96 | |
| 12/9 | | Purchase authorized on 12/08 Leaseweb USA, Inc. 020-3162880 VA S585342566270471 Card 7512 | | 90.00 | |
| 12/9 | | Purchase authorized on 12/09 Tractor-Supply-C 1201 Nor Waxahachie TX P305343592636197 Card 7512 | | 126.56 | |
| 12/9 | | Purchase authorized on 12/09 The Home Depot #6505 Waxahachie TX P305343611096115 Card 7512 | | 49.67 | |
| 12/9 | 10307 | Cashed Check | | 75.00 | |
| 12/9 | 10312 | Cashed Check | | 428.00 | |
| 12/9 | | Reliant Energy 0121D 000074629874 Naturomulch, LLC | | 43.03 | |
| 12/9 | 10311 | Check | | 125.00 | |
| 12/9 | 10310 | Check | | 125.00 | 4,024.72 |
| 12/10 | | Purchase authorized on 12/09 Central Kubota, Ll Waxahachie TX S305343578577591 Card 7512 | | 98.66 | |
| 12/10 | | Zelle to Js Road Service on 12/10 Ref # Wfct0Zkzz5Pt Rolloff Trailer Repair | | 400.00 | 3,526.06 |
| 12/11 | | eDeposit IN Branch 12/11/25 01:09:10 PM 6201 Long Prairie Rd Flower Mound TX | 2,000.00 | | |
| 12/11 | | Recurring Payment authorized on 12/09 Google *Google One 855-836-3987 CA S355343774252271 Card 7512 | | 2.12 | |
| 12/11 | < | Business to Business ACH Debit - Intuit * Qbooks Liv 251210 3637599 Naturomulch, LLC | | 257.97 | 5,265.97 |
| 12/12 | | Mobile Deposit : Ref Number :012120795553 | 19,173.00 | | |
| 12/12 | | Purchase authorized on 12/11 Central Kubota, Ll Waxahachie TX S585345579875303 Card 7512 | | 70.87 | |
| 12/12 | 10309 | Cashed Check | | 247.00 | |
| 12/12 | 10314 | Cashed Check | | 195.00 | |
| 12/12 | 10318 | Check | | 222.50 | |
| 12/12 | 10317 | Check | | 237.50 | |
| 12/12 | 10316 | Check | | 288.75 | |
| 12/12 | 10319 | Check | | 647.50 | |
| 12/12 | 10313 | Check | | 180.00 | |
| 12/12 | 10315 | Check | | 225.00 | 22,124.85 |
| 12/15 | | Intuit 02617023 Deposit 251215 524771997200833 Naturomulch, LLC | 1,750.00 | | |
| 12/15 | | Recurring Payment authorized on 12/13 Google *Google One G.CO/Helppay# CA S305347495966006 Card 7512 | | 2.12 | |
| 12/15 | | Zelle to Service Oscar 24 Hours on 12/15 Ref # Wfct0Zlkh997 | | 245.00 | |
| 12/15 | | Gptx Water BILLPAY 251215 City of Grand P Naturomulch LLC | | 46.74 | |
| 12/15 | 10321 | Check | | 60.00 | |
| 12/15 | 10320 | Check | | 125.00 | 23,395.99 |
| 12/16 | | Intuit 06525363 Deposit 251216 524771997200833 Naturomulch, LLC | 1,004.25 | | |
| 12/16 | | Recurring Payment authorized on 12/15 Spectrum 855-707-7328 MO S305349813537965 Card 7512 | | 145.56 | |
| 12/16 | | Bill Pay Gm Financial on-Line xxxxxxxx5457 on 12-16 | | 983.77 | |
| 12/16 | | Bill Pay Tucker Fuel & Oil CO on-Line No Account Number on 12-16 | | 1,089.05 | |
| 12/16 | | Purchase authorized on 12/16 The Home Depot #6505 Waxahachie TX P355350565503763 Card 7512 | | 19.18 | |
| 12/16 | | Purchase authorized on 12/16 Tractor-Supply-C 1201 Nor Waxahachie TX P345350575068237 Card 7512 | | 155.71 | |
| 12/16 | | Purchase authorized on 12/16 Wal-Mart #0260 Waxahachie TX P000000384999354 Card 7512 | | 9.66 | |
| 12/16 | < | Business to Business ACH Debit - Intuit 15247113 Tran Fee 251216 524771997200833 Naturomulch, LLC | | 28.37 | |
| 12/16 | < | Business to Business ACH Debit - Waste Management Payment 251214 000238700213005 Log IN to The My WM Account Page for Payment Deta | | 417.60 | |

**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 12/16 | | U.S. Bank N.A. Payment 251215 000000558112387 Usbankaifpmt Loan | | 701.13 | 20,850.21 |
| 12/17 | | Mobile Deposit : Ref Number :007170936853 | 800.00 | | |
| 12/17 | | Purchase authorized on 12/15 City of Highland V 972-8995089 TX S355349808377940 Card 7512 | | 147.47 | |
| 12/17 | | Purchase authorized on 12/15 Municipal Online P 844-7244507 TX S345349808386943 Card 7512 | | 1.25 | |
| 12/17 | | Purchase authorized on 12/15 Frontier Sec Web Cashmanagemen CT S385349810916676 Card 7512 | | 40.57 | |
| 12/17 | | Atmos Energy Sgl Util Pymt 004015013082 Naturomulch LLC | | 108.38 | |
| 12/17 | | Samsclub Mstrcrd Syf Paymnt Dec 17 521333140590749 Goyalomprakash | | 503.06 | 20,849.48 |
| 12/18 | | eDeposit IN Branch 12/18/25 11:57:58 Am 6201 Long Prairie Rd Flower Mound TX 7512 | 6,000.00 | | |
| 12/18 | | Mobile Deposit : Ref Number :419180511727 | 2,600.00 | | |
| 12/18 | | Recurring Payment authorized on 12/16 Google *Microsoft G.CO/Helppay# CA S345351110590050 Card 7512 | | 10.81 | |
| 12/18 | | Purchase authorized on 12/17 City of Midlothian 972-7753333 TX S585351541620949 Card 7512 | | 300.00 | |
| 12/18 | | Purchase authorized on 12/17 Municipal Online P 844-7244507 TX S355351541652862 Card 7512 | | 1.50 | 29,137.17 |
| 12/19 | | Purchase authorized on 12/17 City of Midlothian 979-3451920 UT S355351541637004 Card 7512 | | 10.50 | |
| 12/19 | 10341 | Cashed Check | | 761.25 | 28,365.42 |
| 12/22 | | Purchase authorized on 12/19 Always Answer Inc 214-3616684 TX S385353546545171 Card 7512 | | 290.04 | |
| 12/22 | 10340 | Cashed Check | | 350.00 | |
| 12/22 | | Zelle to Gto Trucking on 12/20 Ref # Wfct0Zm5Wn84 City of Gatesville Load | | 1,000.00 | |
| 12/22 | 10326 | Cashed Check | | 150.00 | |
| 12/22 | | Intuit * Qbooks Onl 251219 7032097 Naturomulch, LLC | | 79.95 | |
| 12/22 | | T-Mobile PCS Svc 251221 7788087 Omprakash Goyal | | 200.00 | 26,295.43 |
| 12/23 | | Purchase authorized on 12/21 Rockett Special UT 972-6173524 TX S465355593499009 Card 7512 | | 46.76 | |
| 12/23 | | Bill Pay Tucker Fuel & Oil CO on-Line No Account Number on 12-23 | | 64.68 | |
| 12/23 | | Purchase authorized on 12/23 Cvs/Pharmacy #06 06775--7 Grand Prairie TX P355357614531023 Card 7512 | | 40.04 | |
| 12/23 | 10327 | Cashed Check | | 270.00 | |
| 12/23 | | Atmos Energy Sgl Util Pymt 003052673872 Omprakash Goyal | | 190.44 | |
| 12/23 | 10335 | Check | | 150.00 | |
| 12/23 | 10336 | Check | | 272.50 | |
| 12/23 | 10338 | Check | | 292.50 | |
| 12/23 | 10339 | Check | | 300.00 | |
| 12/23 | 10337 | Check | | 321.25 | |
| 12/23 | 10334 | Check | | 641.25 | |
| 12/23 | 10330 | Check | | 87.50 | |
| 12/23 | 10331 | Check | | 90.00 | |
| 12/23 | 10329 | Check | | 96.25 | |
| 12/23 | 10328 | Check | | 97.50 | |
| 12/23 | 10324 | Check | | 125.00 | |
| 12/23 | 10323 | Check | | 125.00 | |
| 12/23 | 10343 | Check | | 150.00 | 22,934.76 |
| 12/24 | | Purchase authorized on 12/23 Sq *Mty Tire Servi Ferris TX S355357540208351 Card 7512 | | 70.36 | |
| 12/24 | | Recurring Payment authorized on 12/24 Ring Standard Plan Ring.Com CA S305358324724769 Card 7512 | | 106.24 | |
| 12/24 | | Recurring Payment authorized on 12/24 Ring Premium Plan Ring.Com CA S385358324815220 Card 7512 | | 106.24 | |
| 12/24 | 10333 | Cashed Check | | 170.00 | |
| 12/24 | 10332 | Cashed Check | | 142.50 | 22,339.42 |
| 12/26 | | Online Sched Payment Ref #Op0W7Vww4Z to Home Projects Xxxxxxxxxxxx1909 | | 635.08 | 21,704.34 |

**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/29 | | Purchase authorized on 12/24 Walmart.Com 800-925-6278 AR S585358842956218 Card 7512 | | 29.21 | |
| 12/29 | | Purchase authorized on 12/26 Ntta Autocharge 972-818-6882 TX S345360762409361 Card 7512 | | 200.00 | |
| 12/29 | | Purchase authorized on 12/28 Qt 942 Outside Lewisville TX P345362745105221 Card 7512 | | 27.81 | |
| 12/29 | | Atmos Energy Sgl Util Pymt 003073963993 Omprakash Goyal | | 143.95 | 21,303.37 |
| 12/30 | | Purchase authorized on 12/29 Progressive Ins 855-758-0945 OH S585363516644659 Card 7512 | | 4,723.78 | |
| 12/30 | | Purchase authorized on 12/29 City of Lewisville 972-219-3773 TX S305363552463647 Card 7512 | | 153.07 | |
| 12/30 | | Bill Pay Tucker Fuel & Oil CO on-Line No Account Number on 12-30 | | 1,737.00 | |
| 12/30 | 10346 | Cashed Check | | 325.00 | |
| 12/30 | | Purchase authorized on 12/30 Qt 944 Outside Flower Mound TX P385365037746316 Card 7512 | | 23.92 | |
| 12/30 | 10302 | Check | | 855.00 | |
| 12/30 | | Reliant Energy 0121D 000071196135 Naturomulch, LLC | | 7.59 | |
| 12/30 | | Reliant Energy 0121D 000071565953 Naturomulch, LLC | | 39.44 | |
| 12/30 | 10345 | Check | | 105.00 | |
| 12/30 | 10344 | Check | | 125.00 | |
| 12/30 | 10322 | Check | | 2,000.00 | |
| 12/30 | | Gptx Water BILLPAY 251230 City of Grand P Naturomulch LLC | | 200.00 | 11,008.57 |
| 12/31 | | Mobile Deposit : Ref Number :605310204125 | 2,435.63 | | |
| 12/31 | | Recurring Payment authorized on 12/29 4Te*Culligan Dfw 972-241-3828 TX S345363569475334 Card 7512 | | 78.27 | |
| 12/31 | | Recurring Payment authorized on 12/30 ADT Security*29640 WWW.ADT.Com FL S385364350204360 Card 7512 | | 45.00 | |
| 12/31 | 10351 | Cashed Check | | 180.00 | |
| 12/31 | < | Business to Business ACH Debit - AFS Ibex ACH Pmnts 1073-3213519 Naturomulch LLC | | 697.30 | |
| 12/31 | < | Business to Business ACH Debit - Premco Financial Ccdinsprem 156630 Naturomulch, LLC | | 965.72 | |
| 12/31 | 10353 | Check | | 82.50 | |
| 12/31 | 10352 | Check | | 97.50 | |
| 12/31 | 10349 | Check | | 150.00 | |
| 12/31 | 10350 | Check | | 150.00 | |
| 12/31 | 10348 | Check | | 165.00 | |
| 12/31 | 10347 | Check | | 285.00 | |
| 12/31 | | Cash Deposit Processing Fee | | 9.00 | 10,538.91 |
| **Totals** | | | **$39,858.49** | **$35,964.79** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 10296 | 12/5 | 125.00 | 10301 | 12/5 | 205.00 | 10306 | 12/8 | 195.00 |
| 10297 | 12/5 | 125.00 | 10302 | 12/30 | 855.00 | 10307 | 12/9 | 75.00 |
| 10298 | 12/5 | 415.50 | 10303 | 12/8 | 435.00 | 10308 | 12/8 | 75.00 |
| 10299 | 12/8 | 142.50 | 10304 | 12/8 | 214.50 | 10309 | 12/12 | 247.00 |
| 10300 | 12/8 | 270.00 | 10305 | 12/8 | 195.00 | 10310 | 12/9 | 125.00 |

**WELLS FARGO**

## Summary of checks written(continued)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 10311 | 12/9 | 125.00 | 10326 * | 12/22 | 150.00 | 10340 | 12/22 | 350.00 |
| 10312 | 12/9 | 428.00 | 10327 | 12/23 | 270.00 | 10341 | 12/19 | 761.25 |
| 10313 | 12/12 | 180.00 | 10328 | 12/23 | 97.50 | 10343 * | 12/23 | 150.00 |
| 10314 | 12/12 | 195.00 | 10329 | 12/23 | 96.25 | 10344 | 12/30 | 125.00 |
| 10315 | 12/12 | 225.00 | 10330 | 12/23 | 87.50 | 10345 | 12/30 | 105.00 |
| 10316 | 12/12 | 288.75 | 10331 | 12/23 | 90.00 | 10346 | 12/30 | 325.00 |
| 10317 | 12/12 | 237.50 | 10332 | 12/24 | 142.50 | 10347 | 12/31 | 285.00 |
| 10318 | 12/12 | 222.50 | 10333 | 12/24 | 170.00 | 10348 | 12/31 | 165.00 |
| 10319 | 12/12 | 647.50 | 10334 | 12/23 | 641.25 | 10349 | 12/31 | 150.00 |
| 10320 | 12/15 | 125.00 | 10335 | 12/23 | 150.00 | 10350 | 12/31 | 150.00 |
| 10321 | 12/15 | 60.00 | 10336 | 12/23 | 272.50 | 10351 | 12/31 | 180.00 |
| 10322 | 12/30 | 2,000.00 | 10337 | 12/23 | 321.25 | 10352 | 12/31 | 97.50 |
| 10323 | 12/23 | 125.00 | 10338 | 12/23 | 292.50 | 10353 | 12/31 | 82.50 |
| 10324 | 12/23 | 125.00 | 10339 | 12/23 | 300.00 | | | |

*\* Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2025 - 12/31/2025 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following each fee period | | |
| • Average ledger balance | $1,000.00 | $16,048.00 ☑ |
| • Minimum daily balance | $500.00 | $3,526.06 ☑ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 8,000 | 5,000 | 3,000 | 0.0030 | 9.00 |
| Transactions | 94 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$9.00** |

 # IMPORTANT ACCOUNT INFORMATION

---

**Important updates to your Initiate Business Checking Account**

We value your business and appreciate the trust you place in us. To continue providing competitive banking solutions, we're making updates to your Initiate Business Checking account, effective **March 1, 2026.**

**What's changing?**

Case 25-40909     Doc 99     Filed 01/06/26     Entered 01/06/26 14:56:50     Desc Main
December 31, 2025 ■ Page 7 of 8          Document          Page 23 of 24

WELLS
FARGO

To continue enhancing the value we provide, we're adjusting some features of your Initiate Business Checking account. For fee periods beginning on or after **March 1, 2026:**
- Monthly Service Fee: Increasing from **$10** to **$15.**
- Ways to Avoid the Fee:
1. Minimum daily balance requirement will increase from **$500** to **$2,000.**
2. New option: **Maintain a combined business deposit balance of $5,000** or more across eligible business checking, savings, and time accounts.
3. Removed option: The $1,000 average ledger balance method will no longer apply.

**How to avoid the monthly service fee** (Effective starting March 1, 2026)
You'll still have multiple ways to avoid the $15 monthly service fee by meeting any **one** of the following criteria:
- Maintain a minimum daily balance of $2,000 in your Initiate Business Checking account.
- Maintain a combined deposit balance of $5,000 or more across eligible business accounts.
- Own a Premier Checking, Private Bank Checking, or Private Bank Interest Checking account.

See the Business Account Fee and Information Schedule and Deposit Account Agreement at www.wellsfargo.com/biz/fee-information for additional business account information.

**Need help?**
If you have any questions or would like to explore other business checking options, your relationship manager is here to help. You can reach us anytime at 1-800-225-5935.

Thank you for choosing us to support your business - we're excited to continue growing together!

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**WELLS FARGO**

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.          **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |